**Shawn Andre THOMAS,**
**Plaintiff–Appellant,**

v.

**FREDERICK COUNTY GOVERN-MENT; Theresa M. Adams, Judge; John H. Tisdale, Judge, Defendants–Appellees.**

No. 11–2261.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 15, 2012.

Decided: March 19, 2012.

Shawn Andre Thomas, Appellant Pro Se.

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Andre Thomas appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thomas v. Frederick Cnty. Gov't,* No. 1:11–cv–02907–WDQ (D.Md. Oct. 25, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*